From an order of the District Court of Ward County, *Leighton,* J., plaintiff appeals.

Affirmed.

*W. H. Sibbald,* for appellant.

*Fiske & Murphy,* for respondents.

PER CURIAM. This case was submitted together with Kluver v. Middlewest Grain Co. ante, 210, 173 N. W. 468. The facts in the instant case are identical with those in the Kluver Case, and on the authority of the decision rendered in that case, the order appealed from is affirmed.

GRACE, J., concurs in the result.

---

CHARLES CRAWSON, Appellant, v. MIDDLEWEST GRAIN COMPANY, a Corporation, and H. T. Hogy, Respondents.

(173 N. W. 475.)

This case is governed by the decision in Kluver v. Middlewest Grain Co. ante, 210.

Opinion filed June 21, 1919.

From an order of the District Court of Ward County, *Leighton,* J., plaintiff appeals.

Affirmed.

*W. H. Sibbald,* for appellant.

*Fiske & Murphy,* for respondents.

PER CURIAM. This case was submitted together with Kluver v. Middlewest Grain Co. ante, 210, 173 N. W. 468. The facts in the

instant case are identical with those in the Kluver Case, and on the authority of the decision rendered in that case, the order appealed from is affirmed.

GRACE, J., concurs in the result.

---

.EDWIN K. LIVINGSTON, Appellant, v. MIDDLEWEST GRAIN COMPANY, a Corporation, and H. T. Hogy, Respondents.

(173 N. W. 474.)

This case is governed by the decision in Kluver v. Middlewest Grain Co. ante, 210.

Opinion filed June 21, 1919.

From an order of the District Court of Ward County, *Leighton,* J., plaintiff appeals.

Affirmed.

*W. H. Sibbald,* for appellant.

*Fiske & Murphy,* for respondents.

PER CURIAM. This case was submitted together with Kluver v. Middlewest Grain Co. ante, 210, 173 N. W. 468. The facts in the instant case are identical with those in the Kluver Case, and on the authority of the decision rendered in that case, the order appealed from is affirmed.

GRACE, J., concurs in the result.